

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-21-1996

# United States v. Bd Ed Piscataway

Precedential or Non-Precedential:

Docket 94-5090,94-5112

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

## Recommended Citation

"United States v. Bd Ed Piscataway" (1996). *1996 Decisions*. Paper 85.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/85

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 94-5090
_____

UNITED STATES OF AMERICA

    SHARON TAXMAN, Plaintiff-Intervenor

        vs.

BOARD OF EDUCATION OF THE TOWNSHIP OF PISCATAWAY,

           Appellant


_____

No. 94-5112
_____

SHARON TAXMAN,

    Appellant

    v.

BOARD OF EDUCATION OF THE TOWNSHIP OF PISCATAWAY
_____



_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 92-cv-00340)
_____


Argued
November 29, 1995
Before:  SLOVITER,* Chief Judge,
MANSMANN and MCKEE, Circuit Judges.
_____


Reargued In Banc
May 14, 1996


Before:  SLOVITER, Chief Judge, BECKER, STAPLETON,
MANSMANN, GREENBERG, SCIRICA, COWEN, NYGAARD,
ALITO, ROTH, LEWIS, McKEE and SAROKIN,**
Circuit Judges.

(Filed August 8, 1996)

\*     The Honorable William D. Hutchinson was a member of the original panel which heard argument in this appeal on January 24, 1995. He died on October 8, 1995, before the appeal was resolved; Chief Judge Sloviter was designated to serve in his place on the reconstituted panel.

\*\*     Judge Sarokin heard argument but retired from office prior to the issuance of the opinion.

------------------

ORDER AMENDING SLIP OPINION

------------------

In accordance with the order of the Court entered August 20, 1996, it is hereby O R D E R E D that the slip opinion filed in the above-entitled appeals on August 8, 1996 be amended to delete the reference in the caption to the United States as a party to appeal No. 94-5090. The caption of the opinion is therefore amended to read:

_____

No. 94-5090

_____

SHARON TAXMAN, Plaintiff-Intervenor

vs.

BOARD OF EDUCATION OF THE TOWNSHIP OF PISCATAWAY,

Appellant

_____

No. 94-5112

_____

SHARON TAXMAN,

Appellant

v.

BOARD OF EDUCATION OF THE TOWNSHIP OF PISCATAWAY

FOR THE COURT:

/s/ P. Douglas Sisk

Clerk

DATED:  August 21, 1996